UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| WILLIAM WARREN BOOTH,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CITY OF RENO,<br><br>　　　　　Defendant. | Case No.:  3:22-CV-00532-LRH-CLB<br><br>ORDER |

　　　Before this Court is the Report and Recommendation of U.S. Magistrate Judge Carla Baldwin (ECF No. 6) entered on December 13, 2022, recommending that Plaintiff William Warren Booth's ("Booth") *in forma pauperis* application (ECF No. 2), be denied as moot, and his complaint (ECF No. 2-1), be dismissed without prejudice and without leave to amend. No objection to the Report and Recommendation has been filed.

　　　The action was referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 1-4 of the Rules of Practice of the United States District Court for the District of Nevada.

　　　The Court has considered the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 3-1. The Court determines that the Magistrate Judge's Report and Recommendation (ECF No. 6) entered on December 13, 2022, should be adopted and accepted.

///

IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation (ECF No. 6) entered on December 13, 2022, is adopted and accepted, and Booth's *in forma pauperis* application (ECF No. 2), is DENIED as moot.

IT IS FURTHER ORDERED Booth's complaint (ECF No. 2-1), is DISMISSED without prejudice and without leave to amend

IT IS FURTHER ORDERED that pending motions (ECF Nos. 7, 8, 9) are DENIED AS MOOT.

IT IS FURTHER ORDERED that the Clerk of the Court shall close the case.

IT IS SO ORDERED.

DATED this 4th day of January, 2023.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE